1
2
3
4
5

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE M. WEISWASSER,<br><br>                    Petitioner,<br><br>       v.<br><br>JAMES D. HARTLEY, Warden,<br><br>                    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:08-cv-01678 AWI YNP DLB (HC)<br><br>ORDER GRANTING PETITIONER'S<br>MOTION TO TAKE JUDICIAL NOTICE OF<br>IN RE LAWRENCE<br><br>[Doc. #9] |

       Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

       On January 8, 2009, Petitioner filed a motion for the Court to take judicial notice of the California state case In re Lawrence, 44 Cal.4th 1181 (2008).  Federal courts may take judicial notice of state decisional law.  Lamar v. Micou, 114 U.S. 218, 223 (1885); see White v. Gittens, 121 F.3d 803, 805 (1st Cir. 1997) ("[W]e may take judicial notice of published state court dispositions of cases").  While the California Supreme Court's opinion in Lawrence is not binding on this Court, the Court finds that it has persuasive value in determining the merits of Petitioner's claims.  Thus, Petitioner's motion is here by GRANTED and the Court takes judicial notice of In re Lawrence.

       IT IS SO ORDERED.

       **Dated:**   **June 24, 2009**                                      **/s/ Dennis L. Beck**
                                                                      UNITED STATES MAGISTRATE JUDGE